# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL D. JOHNSON

CASE NO. 3:21cr19/MCR

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on __May 26, 2021__

Motion/Pleadings: __MOTION TO SEAL "DEFENDANT'S MOTION TO WITHDRAW"__

Filed by __Defendant__ on __May 26, 2021__ Doc. # __23__

Response _____ on _____ Doc. # _____

| _____ Stipulated | _____ Joint Pleading |
| _____ Unopposed | _____ Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

---

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 27th day of May 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**